# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00077-CV

### In re Waterfall Gallery of Austin, L.P.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   May 9, 2007